**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| BOBBY CLARK | § | |
| | § | |
| vs. | § | CASE NO. 2:05-CV-522 |
| | § | |
| COMMISSIONER, | § | |
| SOCIAL SECURITY ADMINISTRATION | § | |

## MEMORANDUM ORDER

The above-entitled and numbered action was heretofore referred to a United States Magistrate Judge for the Eastern District of Texas pursuant to 28 U.S.C. § 636. The report of the Magistrate Judge, which contains his proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. No objections were filed to the Report and Recommendation. The court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the court hereby adopts the report of the United States Magistrate Judge as the findings and conclusions of this court. Accordingly, it is hereby

**ORDERED**, **ADJUDGED,** and **DECREED** that this action is **DISMISSED** with prejudice.

SIGNED this 11th day of October, 2007.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE